**Patrick NELSON, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

### No. ED 104328

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed June 13, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied July 27, 2017

ATTORNEY FOR APPELLANT: Srikant Chigurupati, 1010 Market Street, Suite 1100, St. Louis, MO 63101.

ATTORNEY FOR RESPONDENT: Josh Hawley, Attorney General, Gregory L. Barnes, Assistant Attorney General, P.O. Box 899, Jefferson City, MO 65102.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

## ORDER

PER CURIAM

Patrick Nelson appeals from the motion court's "Findings of Fact, Conclusions of Law, Order and Judgment" ("Judgment") denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the Judgment pursuant to Rule 84.16(b).